IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In Re:** | * | |
| **JOHN MCDONNELL MCPHERSON** | * | Case No. 21-10205-MMH (Chapter 11) |
| Debtor. | * | |
| * * * * * * | * | * * * * * * |
| **JOHN MCDONNELL MCPHERSON,** | * | |
| Plaintiff, | * | |
| v. | * | Adv. Proc. No.: 21-00035 |
| **CAMAC FUND, LP;** *et al.,* | * | |
| Defendant. | * | |
| * * * * * * | * | * * * * * * |

## CAMAC FUND LP WITNESS LIST[1]

Camac LP, Movant, files this Witness List in connection with the consolidated hearing on May 5, 2021 on its Motion seeking Relief from the Automatic Stay (dkt. 36 in the main case) and its Motion to Abstain from Hearing Adversary Proceeding; Alternatively, Motion to Stay Adversary Proceeding (dk. 6 in the Adversary Proceeding):

### WITNESS LIST

Eric Shahinian, Manager of the General Partner that serves as Managing Member of Camac Partners LLC and its related funds, New York, New York 10022.   Mr. Shahinian will

---

[1] On March 25, 2021, in the main case at dkt. 45, Camac Fund LP filed its Exhibit List.  Camac intends to rely on these exhibits in connection with both the Motion seeking Relief from the Automatic Stay and the Motion to Abstain from hearing the Adversary Proceeding.

#3792412v.1

testify from his office and will be alone in the room where he will testify.  Mr. Shahinian has been provided with a copy of Camac's Exhibits as well as a copy of his affidavit.

Dated:  May 4, 2021

        */s/ Alan M. Grochal*
Alan M. Grochal, Bar No. 01447
Richard L. Costella, Bar No. 14095
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, MD  21202
Telephone:  (410) 752-9700
Fax:  (410) 727-5460
agrochal@tydings.com
rcostella@tydings.com
*Attorneys for Camac Fund LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 4, 2021, a copy of the foregoing Witness List was sent via the Court's CM/ECF notification system to:

Brent Strickland, Esquire (bstrickland@wtplaw.com)


        */s/ Alan M. Grochal*
Alan M. Grochal

#3792412v.1